

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00490-CR

GLENN MITCHELL NEAL                                          APPELLANT

V.

THE STATE OF TEXAS                                                STATE

----------

## FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 1306779W

----------

## MEMORANDUM OPINION[1]

----------

Appellant Glenn Mitchell Neal attempts to appeal from the trial court's November 10, 2014 judgment adjudicating him guilty of aggravated assault with a deadly weapon and sentencing him to five years' confinement in the Institutional Division of the Texas Department of Criminal Justice pursuant to his open plea of true to the allegations contained in paragraphs two and three of the

---

[1]*See* Tex. R. App. P. 47.4.

State's amended motion to adjudicate guilt. Also on November 10, 2014, Appellant signed a waiver of his right to appeal in which he acknowledged that he had been fully informed by the trial court and his attorney that he had the legal right to appeal and, with a full understanding of that right, waived his right to appeal. Appellant filed a pro se notice of appeal on November 24, 2014.

The trial court's certification states that "the defendant has waived the right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On December 8, 2014, we notified appellant and his appointed counsel by letter about the statement in the trial court's certification and informed them that unless Appellant or any party desiring to continue the appeal filed with the court, on or before December 18, 2014, a response showing grounds for continuing the appeal, the appeal could be dismissed. *See* Tex. R. App. P. 25.2(d), 44.3. We have not received a response. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: February 5, 2015

2